Form B9A (Chapter 7 Individual or Joint Debtor No Asset Case)  Case Number **10−40612**

# UNITED STATES BANKRUPTCY COURT
### District of South Dakota

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 7/20/10 .

You may be a creditor of the debtor(s).  **This notice lists important deadlines.**  You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or online using CM/ECF (contact the clerk's office for more information regarding CM/ECF).  NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

| **Debtor(s):**<br>Matthew Mark Rudy<br>518 W 14th St<br>Sioux Falls, SD 57104 | Erin Danae Rudy<br>518 W 14th St<br>Sioux Falls, SD 57104 |
|---|---|
| **Case Number:**<br>10−40612 | **Social Security/Taxpayer ID Numbers:**<br>xxx−xx−0398<br>xxx−xx−0268 |
| **Attorney for Debtor(s):**<br>Thomas A. Blake<br>#202, 505 W 9th St<br>Sioux Falls, SD 57104<br>Telephone number:  (605) 336−1216 | **Bankruptcy Trustee:**<br>Lee Ann Pierce<br>Trustee<br>PO Box 524<br>Brookings, SD 57006<br>Telephone number:  605−692−9415 |

## Meeting of Creditors:

Date:  **August 20, 2010**        Time:  **02:30 PM**                Location:    **Suite 300, 314 S. Main Ave., Sioux Falls, SD 57104**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**To File a Complaint Objecting to Discharge of Debtor(s) *or* to Determine Dischargeability of Certain Debts: 10/19/10**

**To Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor(s) and the property of the debtor(s).  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor(s) can request the court to extend or impose a stay.  If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.  Consult an attorney to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>400 S. Phillips Ave., Room 104<br>Sioux Falls, SD 57104−6851<br>Telephone number:  605−357−2400<br>www.sdb.uscourts.gov | **For the Court:**<br>Frederick M. Entwistle<br>Clerk of the Bankruptcy Court |
|---|---|
| Hours Open:        Monday – Friday 8:00 AM – 5:00 PM | Date:  7/20/10 |

## SEE OTHER SIDE FOR IMPORTANT EXPLANATIONS.

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362.  Common examples of prohibited actions include contacting the debtor(s) by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor(s); repossessing property of the debtor(s); starting or continuing lawsuits or foreclosures; and garnishing or deducting from wages of the debtor(s).  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor(s) can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code.  The debtor(s) may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side.  *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.*  Creditors are welcome to attend, but are not required to do so.  The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors.  *You therefore should not file a proof of claim at this time.*  If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for doing so.  If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor(s) is (are) seeking a discharge of most debts, which may include your debt.  A discharge means that you may never try to collect the debt from the debtor(s).  If you believe the debtor(s) is (are) not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of Debtor(s) *or* to Determine Dischargeability of Certain Debts" listed on the front side.  The bankruptcy clerk's office must receive the complaint and the required filing fee by that deadline. |
| Exempt Property | The debtor(s) is (are) permitted by law to keep certain property as exempt.  Exempt property will not be sold and distributed to creditors.  The debtor(s) must file a list of all property claimed as exempt.  You may inspect that list at the bankruptcy clerk's office.  If you believe an exemption claimed by the debtor(s) is not authorized by law, you may file an objection to that exemption.  The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side.  You may inspect all papers filed, including the list of the debtor's(s') property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office.  You may also review them online, using CM/ECF (contact the clerk's office for more information regarding CM/ECF). |
| Foreign Creditors | Consult an attorney familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice.  You may want to consult an attorney to protect your rights. |
| **Debtor Identification** | **Important notice to individual debtors:  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors.  Failure to do so may result in the dismissal of your case.** |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 0869-4          User: dmick          Page 1 of 2          Date Rcvd: Jul 20, 2010
Case: 10-40612               Form ID: b9a           Total Noticed: 70
```

The following entities were noticed by first class mail on Jul 22, 2010.
```
db/db        +Matthew Mark Rudy,   Erin Danae Rudy,   518 W 14th St,   Sioux Falls, SD 57104-4312
aty           Stephanie C. Bengford,   Assistant U.S. Attorney,   PO Box 2638,   Sioux Falls, SD  57101-2638
aty          +Thomas A. Blake,   #202, 505 W 9th St,   Sioux Falls, SD 57104-3667
tr           +Lee Ann Pierce,   Trustee,   PO Box 524,   Brookings, SD 57006-0524
ust           Bruce J. Gering,   314 South Main Avenue, Suite 303,   Sioux Falls, SD  57104-6462
1009637       AAA Collections, Inc.,   P.O. Box 881,   Sioux Falls, SD  57101-0881
1009638      +Access Capital Credit,   338 W. Lexington Ave.,   Suite 212A,   El Cajon, CA 92020-4443
1009639      +Accounts Management Inc.,   PO Box 1843,   Sioux Falls, SD 57110-1843
1009640      +Allgate Financial LLC,   707 Skokie Blvd., Suite 375,   Northbrook, IL 60062-2882
1009641      +Allied Interstate,   3000 Corporate Exchange Dr., 5th Floor,   Columbus, OH 43231-7723
1009644      +Avacar Finance,   121 S Minnesota Ave,   Sioux Falls, SD 57104-6413
1009645       Avera McKennan Hospital,   & University Health Center,   PO Box 5045,
              Sioux Falls, SD 57117-5045
1009648      +Bank Of Utica,   C/O ACS,   501 Bleecker St.,   Utica, NY 13501-2401
1009649      +Bonded Collection Corp.,   29 E. Madison St., Suite 1650,   Chicago, IL 60602-4435
1009651      +Breit Law Offices, P.C.,   606 E. Tan Tara Circle,   Sioux Falls, SD 57108-4686
1009656      +CCR Trust 2009-2,   c/o Garrison Investment Group,   1350 Avenue Of The Americas, 9th Floor,
              New York, NY 10019-4702
1009654      +Capital One, N.A.,   2730 Liberty Ave.,   Pittsburg, PA 15222-4704
1009655      +Cash Depot,   1027 N Minnesota,   Sioux Falls, SD 57104-2430
1009659      +Chase Bank USA, N.A.,   c/o Creditors Bankruptcy Service,   PO Box 740933,
              Dallas, TX 75374-0933
1009661       Clark County Collection Service, LLC,   8860 W. Sunset Road, Suite 100,
              Las Vegas, NV 89148-4899
1009660      +Clark County Collection Service, LLC,   901 W. 10th St.,   Sioux Falls, SD 57104-3519
1009662      +Credit Collection Bureau,   1212 W Elkhorn St,   Sioux Falls, SD 57104-0246
1009663      +David A. Hill,   Attorney At Law,   PO Box 824,   Sioux Falls, SD 57101-0824
1009664      +Equifax,   Attn: Dispute Department,   PO Box 740256,   Atlanta, GA 30374-0256
1009665      +Experian,   Attn: Dispute Department,   PO Box 2002,   Allen, TX 75013-2002
1009669       GMAC Mortgage,   3451 Hammond Ave.,   PO Box 780,   Waterloo, IA  50704-0780
1009670      +GMAC Mortgage LLC,   1100 Virginia Drive,   Ft Washington, PA 19034-3204
1009671      +Home Federal Bank,   PO Box 5000,   Sioux Falls, SD 57117-5000
1009672      +Jon W. Dill,   Attorney At Law,   PO Box 9490,   Rapid City, SD 57709-9490
1009674      +LTS Management Services/Loan Shop Online,   2207 Concord Pike #250,   Wilmington, DE 19803-2908
1009673      +Livingston Financial LLC,   c/o World Credit Investors, LLC,   1250 S. Gove Ave., Suite 301,
              Barrington, IL 60010-5066
1009677      +Messerli & P.A.,   Attorneys At Law,   3033 Campus Dr., #250,   Plymouth, MN 55441-2662
1009678      +Mitchell D Bluhm Associates,   Law Offices,   PO Box 3269,   Sherman, TX 75091-3269
1009682      +NU Island Partners, LLC assignee of,   Chase Bank USA, N.A.,   701 W. 7th St.,
              Little Rock, AR 72201-4001
1009680      +National Credit Adjusters,   327 W. 4th Ave.,   Hutchinson, KS 67501-4842
1009679       National Credit Adjusters,   PO Box 550,   Hutchinson, KS  67504-0550
1009681       Nephrology Associates,   PO Box 5126,   Sioux Falls, SD  57117-5126
1009683      +Polaris,   PO Box 6153,   Rapid City, SD 57709-6153
1009687      +RV And Marine,   PO Box 103104,   Roswell, GA 30076-9104
1009684      +Rausch, Sturm, Isreal & Hornik,   Attorneys At Law,   300 N. Dakota Ave., Suite 511,
              Sioux Falls, SD 57104-6033
1009685      +Robert R. Nelson,   Attorney At Law,   5132 S. Cliff Ave., #101,   Sioux Falls, SD 57108-5437
1009686      +Rural Metro Corp,   121 S Williams Ave,   Sioux Falls, SD 57104-3135
1009688       Sallie Mae LSCF,   1002 Arthur Dr.,   Lynn Haven, FL  32444-1683
1009689      +Sanford Clinic Acute Care,   6110 S. Minnesota Ave.,   Sioux Falls, SD 57108-2571
1009690      +Sanford Health,   PO Box 5074,   Sioux Falls, SD 57117-5074
1009692      +Sanford USD Medical Center,   PO Box 5074,   Sioux Falls, SD 57117-5074
1009693      +Sioux Falls Psychological Services,   2109 S Norton Ave,   Sioux Falls, SD 57105-3730
1009694      +Stewart Allan & Associates,   5447 E. 5th St.,   Tucson, AZ 85711-2344
1009695      +Trans Union Corporation,   Attn: Dispute Department,   PO Box 1000,   Chester, PA 19016-1000
1009697     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:  US Bank,   PO Box 3427,   Oshkosh, WI  54903-3427)
1009698     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:  US Bank,   Sioux Falls Southwest,   PO Box 790179,
              St. Louis, MO  63179-0279)
1009699      +US Bank,   425 Walnut St.,   Cincinnati, OH 45202-3989
1009700       US Dept. Of Education,   830 1st St. NE, Room 111G5,   Washington, DC  20002-8019
1009696      +Urology Specialists,   201 West 69th Street,   Sioux Falls, SD 57108-2403
1009701       Wachovia Education Finance,   501 Bleecker St.,   Utica, NY 13501-2401
```

The following entities were noticed by electronic transmission on Jul 20, 2010.
```
1009642       EDI: AMEREXPR.COM Jul 20 2010 17:58:00     American Express,   PO Box 981537,
              El Paso, TX  79998-1537
1009643       EDI: ARSN.COM Jul 20 2010 17:58:00     Associated Recovery Systems,   PO Box 469046,
              Escondido, CA  92046-9046
1009647       EDI: BANKAMER2.COM Jul 20 2010 17:58:00     Bank Of America,   PO Box 17054,
              Wilmington, DE 19850-7054
1009646       EDI: BANKAMER.COM Jul 20 2010 17:58:00     Bank Of America,   PO Box 15026,
              Wilmington, DE 19850-5026
1009652       EDI: CAPITALONE.COM Jul 20 2010 17:58:00     Capital One,   PO Box 30285,
              Salt Lake City, UT  84130-0285
1009653      +EDI: CAPITALONE.COM Jul 20 2010 17:58:00     Capital One,   Bankruptcy Unit,   PO Box 5155,
              Norcross, GA 30091-5155
1009657       EDI: CHASE.COM Jul 20 2010 17:58:00     Chase,   PO Box 15298,   Wilmington, DE  19850-5298
1009658      +EDI: CHASE.COM Jul 20 2010 17:58:00     Chase Bank USA,   800 Brooksedge Blvd.,
              Westerville, OH 43081-2822
```

```
District/off: 0869-4          User: dmick            Page 2 of 2              Date Rcvd: Jul 20, 2010
Case: 10-40612               Form ID: b9a           Total Noticed: 70

The following entities were noticed by electronic transmission (continued)
1009667        EDI: AMINFOFP.COM Jul 20 2010 17:58:00     First Premier Bank,    3820 N. Louise Ave.,
               Sioux Falls, SD 57107-0145
1009666        EDI: AMINFOFP.COM Jul 20 2010 17:58:00     First Premier Bank,    PO Box 5524,
               Sioux Falls, SD 57117-5524
1009668        EDI: GMACFS.COM Jul 20 2010 17:58:00     GMAC Financial Services,    PO Box 380902,
               Bloomington, MN 55438-0902
1009675        EDI: RESURGENT.COM Jul 20 2010 17:58:00     LVNV Funding LLC,    PO Box 10497,
               Greenville, SC 29603-0497
1009676        Fax: 605-322-4910 Jul 20 2010 21:09:18     McGreevy Clinic Avera,    PO Box 86430,
               Sioux Falls, SD 57118-6430
1009691        +E-mail/PDF: SLEBN@sanfordhealth.org Jul 21 2010 00:09:55      Sanford Laboratories,    PO Box 5056,
               Sioux Falls, SD 57117-5056
1009702        EDI: WFFC.COM Jul 20 2010 17:58:00     Wells Fargo EFS,    PO Box 5185,
               Sioux Falls, SD 57117-5185
                                                                                TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             U.S. Department of Education
                                                                                TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 22, 2010**                    **Signature:**   _Joseph Speetjens_