## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF SOUTH DAKOTA
## SIOUX FALLS DIVISION

|  |  |
|---|---|
| In re | ) Chapter 7 |
| MATTHEW MARK RUDY and<br>ERIN DANAE RUDY,<br>  Debtor(s) | ) Case No. 4-10-bk-40612 |

**REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORP.
FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

   PLEASE TAKE NOTICE that Recovery Management Systems Corporation ("Recovery Management"), as authorized agent for GE Money Bank (Polaris Consumer [Last four digit of account:9961]), a creditor in the above-captioned chapter 7 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

   GE Money Bank
   c/o Recovery Management Systems Corp.
   25 SE 2nd Avenue, Suite 1120
   Miami, FL 33131-1605
   Attn: Ramesh Singh
   Telephone: (305) 379-7674
   Facsimile: (305) 374-8113
   E-mail: claims@recoverycorp.com

Dated: Miami, Florida
July 27, 2010

                                                                By: /s/ Ramesh Singh

                                                                Ramesh Singh
                                                                c/o Recovery Management Systems Corp.
                                                                Financial Controller
                                                                25 SE 2nd Avenue, Suite 1120
                                                                Miami, FL 33131-1605
                                                                (305) 379-7674

Assignee Creditor: Polaris Consumer [Last four digit of account:9961]