Form ntcdast

# United States Bankruptcy Court

District of South Dakota

Case Number: 10–40612
Chapter: 7

In re:

**Matthew Mark Rudy**
SSN/ITIN xxx–xx–0398

**Erin Danae Rudy**
SSN/ITIN xxx–xx–0268

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court. To be considered timely, a proof of claim must be **received** by the Clerk at the address below on or before **November 26, 2010**.

>Bankruptcy Clerk's Office
>400 S. Phillips Ave., Room 104
>Sioux Falls, SD 57104–6851

Creditors who file proofs of claim after this date may not share in any distribution of funds, unless all creditors who timely file proofs of claim are first paid in full.

The proof of claim form is enclosed.

Creditors who are not represented by an attorney may file proofs of claim by regular mail. Attorneys must file proofs of claim electronically.

If you wish to receive verification of its receipt by the Clerk of the Bankruptcy Court, enclose the signed original and a photocopy of the proof of claim along with a stamped, self–addressed envelope.

There is no fee for filing a proof of claim.

**A creditor who has already filed a proof of claim need not file another one.**

Dated:  8/23/10

>Frederick M. Entwistle
>Clerk, U.S. Bankruptcy Court

>s/Deputy Clerk

Case: 10-40612 Document: 15 Filed: 08/23/10 Page 2 of 2